UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SUSAN TEEMAN, individually, and as a
shareholder on behalf of Teeman Perley Gilmartin,
Inc.,

                *Plaintiff,*

      -against-

MARYBETH GILMARTIN and AMY ARCHER,

                *Defendants.*
-----------------------------------------------------------------X

Case No:

Rule 7.1 Statement

07 CIV 9676

Pursuant to the Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

**NONE**

                                            JUDD BURSTEIN, P.C.
                                            1790 Broadway, Suite 1501
                                            New York, New York 10019
                                            (212) 974-2400
                                            *Attorneys for Plaintiff*

Date:   October 31, 2007                          By:_____
                                                            Judd Burstein (JB-9585)