UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUSAN TEEMAN, individually, and as a
Shareholder on behalf of Teeman, Perley Gilmartin, Inc.

                              Plaintiffs,

    -v-

MARYBETH GILMARTIN and AMY ARCHER

                              Defendants,

Case No.
07 cv 9676

AFFIDAVIT OF
SERVICE

---

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Ian Thomson, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at New York, NY:

On October 31, 2007 at 4:20 p.m. at 230 Park Avenue, Suite 2425, New York, NY 10169, I served the within SUMMONS and COMPLAINT, Rule 7.1 STATEMENT, CIVIL COVER SHEET, 3rd AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL and JUDGES RULES on AMY ARCHER, defendant therein named, by delivering a true copy of same to AMY ARCHER, personally.

The person served is a white female, blonde hair, 50-60 years old, 5'5"-5'6", 130-150 pounds.

                                                Ian Thomson
                                              License No. 1150441

Sworn to before me this
1st day of November 2007.

NOTARY PUBLIC
BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20 /0

LegalEase Inc.

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796