UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSAN TEEMAN, individually, and as a
Shareholder on behalf of Teeman, Perley Gilmartin,Inc.

**Case No.**
**07 cv 9676**

Plaintiffs,

-v-

**AFFIDAVIT OF**
**SERVICE**

MARYBETH GILMARTIN and AMY ARCHER
Defendants,

STATE OF NEW YORK)
COUNTY OF NEW YORK  } ss.:

Ian Thomson, being duly sworn, deposes and says: I am not a party to this action, am
over 18 years of age and reside at New York, NY:

On October 31, 2007 at 4:20 p.m. at 230 Park Avenue, Suite 2425, New York, NY
10169, I served the within SUMMONS and COMPLAINT, Rule 7.1 STATEMENT,
CIVIL COVER SHEET, 3rd AMENDED INSTRUCTIONS FOR FILING AN
ELECTRONIC CASE OR APPEAL and JUDGES RULES on MARYBETH
GILMARTIN, defendant therein named, by delivering a true copy of same to AMY
ARCHER, a person of suitable age and discretion.

On November 1, 2007, I mailed a copy of the above documents to the defendant c/o
Teeman, Perley, Gilmartin, Inc, 230 Park Avenue, Suite 2425, New York, NY 10169 her
actual place of business, by enclosing it in an envelope, postage prepaid, and depositing it
in an official depository under the exclusive care of the United States Postal Service
within New York State. The envelope bore the legend "Personal and Confidential" and
did not indicate on the outside thereof, by return address of otherwise, that the
communication was from an attorney or concerned an action against the defendant.

The person served is a white female, blonde hair, 50-60 years old, 5'5"-5'6", 130-150
pounds.

Ian Thomson
License No. 1150441

Sworn to before me this
1st day of November 2007.

NOTARY PUBLIC

**LegalEase**
*Inc.*

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070  •  800-393-1277  •  Fax: 212-393-9796