AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

___Southern___   DISTRICT OF   ___New York___

**APPEARANCE**

Case Number: 07-CIV-9676

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Marybeth Gilmartin;
Teeman Perley Gilmartin, Inc.; and
Amy Archer, in her capacity as an employee of Teeman Perley Gilmartin, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/8/2007 | _[signature]_ |
| Date | Signature |
| | Jonathan P. Whitcomb — jw3245 |
| | Print Name — Bar Number |
| | Diserio Martin O'Connor & Castiglioni LLP, One Atlantic St. |
| | Address |
| | Stamford — CT — 06901 |
| | City — State — Zip Code |
| | (203) 358-0800 — (203) 348-2321 |
| | Phone Number — Fax Number |