UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN TEEMAN, Individually, and as a Shareholder on Behalf of Teeman Perley Gilmartin, Inc., <br><br> Plaintiff, <br><br> v. <br><br> MARYBETH GILMARTIN and AMY ARCHER <br><br> Defendants. | CIVIL ACTION NO. 07 CIV 9676 <br><br><br><br><br><br><br><br><br><br> NOVEMBER 8, 2007 |

## DEFENDANT, TEEMAN PERLEY GILMARTIN, INC.'S, CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Teeman Perley Gilmartin, Inc., makes the following disclosure statements:

1. Teeman Perley Gilmartin, Inc. is not a publicly traded company.

2. Teeman Perley Gilmartin, Inc. is not owned by a parent corporation.

3. No publicly traded corporation owns 10% or more of Teeman Perley Gilmartin, Inc.

THE DEFENDANT,
TEEMAN PERLEY GILMARTIN, INC.

By___/s/_____
Jonathan P. Whitcomb (jw3245)
DISERIO MARTIN O'CONNOR
& CASTIGLIONI LLP
One Atlantic Street
Stamford, CT 06901
(203) 358-0800 (phone)
(203) 348-2321 (fax)
jwhitcomb@dmoc.com

**CERTIFICATION**

   I hereby certify that on November 8, 2007 a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Judd Burstein, Esq.
Judd Burstein, P.C.
1790 Broadway, Suite 1501
New York, NY 10019

                __/s/_____
                Jonathan P. Whitcomb

H:\LIT\Dmm\25207.corporate.disclosure.doc