# ONLINE FILING DEMAND FOR ARBITRATION/MEDIATION FORM

This concludes your filing.

Thank you for submitting your claim to the AAA.

Your claim confirmation number is: 002-HE2-58E

To institute proceedings, please send a copy of this form and the Arbitration Agreement to the opposing party.

Your dispute has been filed in accordance with: Commercial Dispute Resolution Procedures
This Claim has Been Filed For: Arbitration
Filing Fee: $8,000.00

---

**Additional Claim Information**

Claim Amount: $3,000,000.00

Claim Description: (1) Claimant alleges as a shareholder of Teeman Perley Gilmartin, Inc. ("TPG") that Respondent Gilamartin has breached her fiduciary duties to TBP by, inter alia, fraudulently diverting funds from TPG. (2) Claimant alleges that Respondent Gilmartin has tortiously interfered with Claimant's contractual right to receive income and debt repayment from TPG. (3) Claimant alleges that Respondent TGP has breached its contractual obligation to pay Claimant income and repay a debt owed to her. (4) Claimant seeks a declaration that there has been no "Triggering Event" under the parties' agreement. With respect to (1), Claimant, derivatively on behalf of TPG, seeks damages and an accounting. With respect to (2) and (3), Claimant seeks damages. With respect to (4), Claimant seeks a declaration of rights.

Arbitration Clause: Except as set forth below, all disputes arising in connection with this Agreement shall be resolved by binding arbitration in accordance with the applicable rules of the American Arbitration Association. The arbitration shall be held in New York, New York before a single arbitrator and shall otherwise be conducted in accordance with the American Arbitration Association Commercial Arbitration Rules.

Hearing Locale Requested: New York, NY
Contract Date: 01/01/2003
Number of Neutrals: 1

---

**Claimant**
**Susan Teeman**
Type of Business: Service / Product Provider

| | |
|---|---|
| Name: Susan Teeman | Name: Judd Burstein |
| Company Name: | Company Name: Judd Burstein, P.C. |
| Address: 230 Park Avenue  New York, NY 10169 | Address: 1790 Broadway  New York, NY 10019 |
| Tel#: 212-972-5544 | Tel#: 212-974-2400 |
| Fax#: | Fax#: |
| Email: | Email: jburstein@burlaw.com |
| Include in Caption: Individual | |

**Representatives**

---

**Respondent #1**
**Marybeth Gilmartin**
Type of Business: Service / Product Provider

Name: Marybeth Gilmartin
Company Name:
Address: Teeman Perley Gilmartin, Inc.
230 Park Avenue
New York, NY 10169

**Representatives**

Tel#: 212 972-5544
Fax#:
Email:
Include in Caption: Individual

**Respondent #2**                    **Representatives**

Type of Business: Service / Product Provider

Name: Teeman Perley Gilmartin, Inc.
Company Name:
Address: 230 Park Avenue
         New York, NY  10169
Tel#: 212-972-5544
Fax#:
Email:
Include in Caption: Company

To institute proceedings, please send a copy of this form and the Arbitration Agreement to the opposing party.

Your demand/submission for arbitration/mediation has been received on 09/05/2007 17:09.