## Jon Whitcomb

**From:** Jonathan Weed [weedj@adr.org]
**Sent:** Monday, October 22, 2007 5:18 PM
**To:** jburstein@burlaw.com; Jon Whitcomb; ddeb95@aol.com
**Cc:** Scott Centrella
**Subject:** AAA Arbitration 13 180 Y 1856 07

Dear Counsel,

This will confirm a telephone conversation on this date with Mr. Burstein, Mr. Whitcomb, Ms. De Benedictis and the undersigned, wherein the following items were discussed:

- The parties agreed to postpone the administrative conference call pending settlement negotiations. The administrative conference call was postponed and rescheduled for 3:00 PM on October 29, 2007. The Association will initiate the conference call.
- Per the agreement of the parties, the deadline for filing an answering statement has been extended to October 29, 2007.
- The parties have not agree to mediate at this time. Mediation is available to the parties throughout the process of the arbitration. Having already filed for arbitration, there is no additional administrative fee for this service. The compensation of the mediator will be based on the number of hours reported by the mediator. If at any point you would like to mediate please contact the undersigned.
- This will confirm that if the Association receives notice that this matter has been settled or withdrawn on or before November 5, 2007, the Association's refund schedule indicates that Claimant will be refunded 25% of the initial filing fee.

Please do not hesitate to contact the undersigned with any questions or concerns.

Sincerely,


Jonathan J. Weed
American Arbitration Association - Northeast Case Management Center
950 Warren Avenue, 4th Floor
East Providence, RI 02914
Toll Free (866) 293-4053
Direct Dial (401) 431-4721
Fax (401) 435-6529
www.adr.org
*Supervisor Information: Heather Santo (401) 431-4702 Santoh@adr.org*

Confidentiality Notice:
This e-mail communication is confidential and is intended only for the individuals or entities named above. If you are not the intended recipient, please do not read, copy, distribute or otherwise disclose the contents of this communication. Please notify the sender that you received this e-mail in error by replying to the e-mail or by telephoning 866 293 4053 during the hours of 8:30 a.m. and 5:30 p.m. eastern time. Please then delete the e-mail and any copies of it. Thank you.

11/6/2007