STATE OF NEW YORK        )
                         )ss.:
COUNTY OF NEW YORK   )

        PAUL GUZMAN, being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides at Rego Park, New York; that on the 9th day of November, 2007, deponent served the Amended Complaint
Upon:

        Jonathan P. Whitcomb, Esq.
        Diserio Martin O'Connor & Castiglioni LLP
        One Atlantic Street
        Stamford, Connecticut 06901-2402

by depositing a true copy of same enclosed in a post-paid, properly addressed envelope, by **REGULAR MAIL** in a post office/official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

        _____
        PAUL GUZMAN

Sworn to before me this
9th day of November, 2007

_____
Notary Public

JULIAN A. DAVILA
Notary Public, State of New York
No. 01DA6056019
Qualified in Queens County
Commission Expires 3/12/20__