UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUSAN TEEMAN, individually, and as a
Shareholder on behalf of Teeman, Perley Gilmartin, Inc.

                Plaintiffs,

-v-

MARYBETH GILMARTIN and AMY ARCHER
                Defendants,

**Case No.
07Civ. 9676**

**AFFIDAVIT OF
SERVICE**

---

STATE OF NEW YORK)
COUNTY OF NEW YORK} ss.:

Ian Thomson, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at New York, NY:

On November 8, 2007 at 4:55 p.m. at 230 Park Avenue, Suite 2425, New York, NY 10169, I served the within AMENDED COMPLAINT on AMY ARCHER, defendant therein named, by delivering a true copy of same to Ms. LINDSAY, (EMPLOYEE), a person of suitable age and discretion.

On November 9, 2007, I mailed a copy of the above documents to the defendant c/o Teeman, Perley, Gilmartin, Inc, 230 Park Avenue, Suite 2425, New York, NY 10169 her actual place of business, by enclosing it in an envelope, postage prepaid, and depositing it in an official depository under the exclusive care of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address of otherwise, that the communication was from an attorney or concerned an action against the defendant.

The person served is a white female, blonde hair, 35-45 years old, 5'7"-5'9"; 140-160 pounds.

                                            Ian Thomson
                                            License No. 1150441

Sworn to before me this
9th day of November 2007.

NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 2010

*LegalEase, Inc.*

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796