UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUSAN TEEMAN, individually, and as a
Shareholder on behalf of Teeman, Perley Gilmartin, Inc.   **Case No.**
                                                          **07 Civ. 9676**
          Plaintiffs,

   -v-

                                                **AFFIDAVIT OF**
MARYBETH GILMARTIN and AMY ARCHER      **SERVICE**
          Defendants,

---

STATE OF NEW YORK)
COUNTY OF NEW YORK} ss.:

Bruce Lazarus, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at New York, NY:

On November 8, 2007 at 8:55 p.m. at 237 Lake Avenue, Greenwich, CT 06830, I served the within AMENDED COMPLAINT on MARYBETH GILMARTIN, defendant therein named, by serving a true copy of same to ROSE ASABA, a person of suitable age and discretion, at the defendant's place of residence.

On November 9, 2007, I mailed a copy of the above documents to the defendant at 237 Lake Avenue, Greenwich, CT 06830, her actual place of residence, by enclosing it in an envelope, postage prepaid, and depositing it in an official depository under the exclusive care of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address of otherwise, that the communication was from an attorney or concerned an action against the defendant.

The person served was a black female, black hair, 25-35 years old, 5'5"-5'7", 150-160 Pounds.

                                                           Bruce Lazarus
                                                           License No. 778916

Sworn to before me this
9th day of November 2007.

NOTARY PUBLIC

JULIO DELARA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DE6119206
Qualified in New York County
Commission Expires November 29, 2008

*LegalEase, Inc.*

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070   •   800-393-1277   •   Fax: 212-393-9796