UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUSAN TEEMAN, individually, and as a
Shareholder on behalf of Teeman, Perley Gilmartin, Inc.

**Case No.
07Civ. 9676**

Plaintiffs,

-v-

**AFFIDAVIT OF
SERVICE**

MARYBETH GILMARTIN and AMY ARCHER

Defendants,

---

STATE OF NEW YORK)
COUNTY OF NEW YORK} ss.:

Bruce Lazarus, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at New York, NY:

On November 8, 2007 at 8:20 p.m. at 490 Bleeker Avenue, Mamaroneck, New York 10543, I served the within AMENDED COMPLAINT on AMY ARCHER, defendant therein named, by posting a true copy of same to the last place of entry to the apartment building.

On November 9, 2007, I mailed a copy of the above documents to the defendant at 490 Bleeker Avenue, Mamaroneck, NY 10543 apt. 4N, her actual place of residence, by enclosing it in an envelope, postage prepaid, and depositing it in an official depository under the exclusive care of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address of otherwise, that the communication was from an attorney or concerned an action against the defendant.

I spoke with a female occupant in Ms. Archers apartment who refuse me entry to the apartment after I explained the nature of my business.

Bruce Lazarus
License No. 778916

Sworn to before me this
9th day of November 2007.

NOTARY PUBLIC

NOTARY PUBLIC-STATE OF NEW YORK
JULIO DELARA
No. 01DE6119206
Qualified in New York County
Commission Expires November 20, 2004

*LegalEase, Inc.*

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796