# JUDD BURSTEIN, P.C.
## ATTORNEYS AT LAW

JUDD BURSTEIN
PETER B. SCHALK*

MATTHEW G. DeOREO
ALEXANDER M. LEVY
JEREMY M. ATTIE

*ALSO ADMITTED IN NEW JERSEY

NOV 2 6 2007

1790 BROADWAY
NEW YORK, NEW YORK 10019
(212) 974-2400
FAX: (212) 974-2944

November 21, 2007

```
┌────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____                   │
│ DATE FILED: 11/27/07             │
└────────────────────────────────┘
```

**BY FACSIMILE (212-805-7901)**

Hon. Harold Baer
United States District Court
Southern District of New York
500 Pearl Street
Room 2230
New York, New York 10007.

Re:    *Teeman v. Gilmartin and Archer / Case No. 1:07-cv-09676-HB*

Dear Judge Baer:

I am a principal of Judd Burstein, P.C., attorneys for Plaintiff Susan Teeman ("Plaintiff") in the above-referenced action.

I am writing to you, **with the consent of Jon Whitcomb,** attorney for Defendants, Marybeth Gilmartin and Amy Archer (collectively "Defendants), respectfully to request that the briefing schedule of Defendants' pending motion to dismiss and/or stay the proceedings and to compel arbitration ("Pending Motion") be modified.

This request is made necessary, as Plaintiff is currently in the process of securing new counsel to represent her in the above-referenced action. Accordingly, in order to afford Plaintiff's incoming counsel an opportunity to submit an opposition to the Pending Motion, Plaintiff respectfully requests that the due date for Plaintiff's opposition to the Pending Motion, which is currently November 29, 2007, be adjourned to twenty days (20) from the date Plaintiff retains new counsel, or December 21, 2007, whichever is earlier.

Very truly yours,

Judd Burstein

cc:    All Counsel (by fax)

SO ORDERED

Harold Baer, Jr., U.S.D.J.

Date: 11-7-07

Endorsement:

    Dec. 21 for opposition is OK - there is a related case I
believe may be consolidated please be in touch with Chambers so
we move ahead if possible before our 1/24/08 PTC.