UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

-----------------------------------------------------------X
SUSAN TEEMAN, individually, and as a
shareholder on behalf of Teeman Perley Gilmartin,
Inc.,

Case No: 07-CV-9676

*Plaintiff*,

**NOTICE OF DISMISSAL**

– against –

MARYBETH GILMARTIN and AMY ARCHER,

*Defendants.*
-----------------------------------------------------------X

**PLEASE TAKE NOTICE**, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), the attorneys for the plaintiff SUSAN TEEMAN, individually, and as a shareholder on behalf of Teeman Perley Gilmartin, Inc., hereby dismiss the above-captioned action.

Dated: New York, New York
November 28, 2007

Yours, etc.,

JUDD BURSTEIN, P.C.

By: _____
Judd Burstein (JB-9585)
1790 Broadway, Suite 1501
New York, New York 10019
(212) 974-2400
*Attorneys for Plaintiff*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/07